

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00281-CV

Baltazar **PINEDA** Jr.,
Appellant

v.

Ruben A. Gonzalez **VILLARREAL** d/b/a Perico's Transfer and Genaro Escobedo Rodriguez,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVE-001451-D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  June 19, 2013

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Appellant also requests that each party be ordered to bear its own appellate costs. However, the motion does not disclose an agreement of the parties regarding the assessment of costs; accordingly, all costs of appeal will be assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM